**LACAL OIL COMPANY, Ltd., Appellant, v. D. C. GRAHAM, as Trustee, and Richfield Cons. Oil Co., Appellees.**

No. 7374.

Circuit Court of Appeals, Ninth Circuit.

Oct. 9, 1934.

Bernard L. Herlihy and Oliver O. Clark, both of Los Angeles, Cal., for appellant.

Raphael Dechter, of Los Angeles, Cal., for appellee Graham.

Hazlett & Plummer, of Los Angeles, Cal., for appellee Richfield Oil Co.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of appellees to dismiss appeal and good cause appearing, ordered appeal dismissed for failure of appellant to file brief within time required by rule 24 of the Rules of Practice of this court.